UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID L. JEFFREY,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 2:16-cv-1122
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

### ORDER

On November 27, 2017, the Magistrate Judge issued a Report and Recommendation in this case recommending that the Plaintiff's statement of error be sustained and that the case be remanded to the Defendant Commissioner of Social Security for further proceedings. The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** and the Court hereby directs the Clerk to remand the case to the Commissioner for further proceedings.

    **IT IS SO ORDERED.**

12-13-2017
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT CHIEF JUDGE